**STATE of Missouri, Respondent,**

v.

**Cletus Wayne GREENE, Appellant.**

#### No. ED 102598

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: November 17, 2015

Ellen H. Flottman, Woodrail Centre, 1000 W. Nifong, Bldg. 7, Suite 100, Columbia, MO 65203, for Appellant.

Chris A. Koster, Attorney General, Rachel Flaster, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102-0899, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

### ORDER

#### PER CURIAM.

Cletus Greene appeals from the judgment entered after a jury trial on his conviction for possession of a controlled substance. There was sufficient evidence to establish the chain of custody for the exhibit containing the methamphetamine in this case and sufficient evidence of Greene's knowledge that the drugs were in his actual possession. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).